1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11

JONATHAN ANAYA,

No.  2:15-cv-1131-EFB P

12

Petitioner,

13

v.

ORDER

14

W.L. MUNIZ,

15

Respondent.

16
17

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to

18

28 U.S.C. § 2254.  He has not, however, filed an in forma pauperis affidavit or paid the required

19

filing fee ($5.00).  *See* 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner will be provided the opportunity

20

to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or

21

submit the appropriate filing fee.

22

In accordance with the above, IT IS HEREBY ORDERED that:

23

1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

24

support of his request to proceed in forma pauperis or the appropriate filing fee;

25

petitioner's failure to comply with this order may result in this action being dismissed;

26

and

27

/////

28

/////

2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

Dated:  June 2, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE